

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00235-CV

———————————————

KAUFMAN FRANCO LLC, Appellant

V.

AMERICAN AIRLINES, INC., Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-279297-15

Before Bassel, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On August 10, 2023, we notified appellant that the trial-court clerk responsible for preparing the record in this appeal has informed us that appellant had not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, by August 21, 2023, appellant arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Because appellant has not made payment arrangements for the clerk's record, we now dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: September 21, 2023